1 | SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KESLIE STEWART (CABN 184090)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, CA, 94612
Telephone: (510) 637-3709
Facsimile: (510) 637-3724
Email: Keslie.Stewart@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 07-00488 CW |
|---|---|
| Plaintiff, | ) |
| v. | ) **PETITION FOR AND WRIT OF** |
|  | ) **HABEAS CORPUS** |
| BOBBY ALEXANDER, | ) **AD PROSEQUENDUM** |
| Defendant. | ) |

TO: The Honorable Joseph C. Spero, Magistrate Judge,
United States District Court, Northern District of California.

Assistant United States Attorney KESLIE STEWART respectfully petitions this Court to issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner BOBBY ALEXANDER, whose place of custody and jailor are set forth in the Writ following. Your petitioner declares that the prisoner is required as the defendant in the above-entitled matter on Wednesday, September 5, 2007, at 10:00 a.m. before Honorable Wayne D. Brazil (Courtroom

Petition for and Writ of Habeas Corpus Ad Prosequendum
CR 07-00488 CW

1  No. 4), in the United States District Court for the Northern District of California, Oakland
2  Division, and therefore petitioner respectfully requests that this Court issue the Writ as presented.
3  Your petitioner also declares that the prisoner is required as the defendant in the above-entitled
4  matter on Wednesday, September 5, 2007, at 2:30 p.m. before Honorable Claudia Wilkin
5  (Courtroom No. 2), in the United States District Court for the Northern District of California,
6  Oakland Division, and therefore petitioner respectfully requests that this Court issue the Writ as
7  presented.

9  DATED: August 21, 2007

                                     /s/ Keslie Stewart
10                                   KESLIE STEWART
                                  Assistant United States Attorney

12  SO ORDERED:

13  DATED: _____
14                                    HONORABLE JOSEPH C. SPERO
                                  United States Magistrate Judge

Petition for and Writ of Habeas Corpus Ad Prosequendum
CR 07-00488 CW

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

TO:  FEDERICO ROCHA, United States Marshal, Northern District of California and/or any of his authorized deputies, and Robert L. Ayers, Jr., the Warden of San Quentin State Prison.

**GREETINGS**

**WE COMMAND** that on Wednesday, September 5, 2007, you have and produce the body of **BOBBY ALEXANDER**, CDC number T091182, CII number 10548257, FBI number 724012VA5, who is in your custody in the hereinabove-mentioned institution, before the United States Magistrate Court for the Northern District of California, at 10:00 a.m., in the courtroom of Honorable WAYNE D. BRAZIL, Courtroom No. 4, at 1301 Clay Street, Oakland, California in order that **BOBBY ALEXANDER** may then and there appear before the Magistrate Court on the one-count Indictment that has been filed against him in the above-captioned case, and that he be produced again the same day at 2:30 p.m. before the United States District Court for the Northern District of California in the courtroom of the Honorable CLAUDIA WILKEN, Courtroom No. 2, at 1301 Clay Street, Oakland California in order that he may appear before the District Court on the one-count Indictment that has been filed against him in the above-captioned case, and immediately after these two hearings to return him forthwith to the above-mentioned institution;

**IT IS FURTHER ORDERED** that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

**WITNESS**, the Honorable Joseph C. Spero, Magistrate Judge of the United States District Court for the Northern District of California.

DATED:

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK

Petition for and Writ of Habeas Corpus Ad Prosequendum
CR 07-00488 CW