1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  KESLIE STEWART (CABN 184090)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, CA, 94612
       Telephone: (510) 637-3709
7      Facsimile: (510) 637-3724
       Email: Keslie.Stewart@usdoj.gov
8
   Attorneys for Plaintiff
9

10                   UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                          OAKLAND DIVISION
13

14 | UNITED STATES OF AMERICA,        )   No. CR 07-00488 CW
15 |                                  )
   |         Plaintiff,               )
16 |                                  )   **PETITION FOR AND WRIT OF**
   |   v.                             )   **HABEAS CORPUS**
17 |                                  )   **AD PROSEQUENDUM**
   | BOBBY ALEXANDER,                 )
18 |                                  )
   |                                  )
19 |         Defendant.               )
   |_____)
20

21
       TO:  The Honorable Joseph C. Spero, Magistrate Judge,
22          United States District Court, Northern District of California.

23
       Assistant United States Attorney KESLIE STEWART respectfully petitions this Court to
24
   issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner BOBBY
25
   ALEXANDER, whose place of custody and jailor are set forth in the Writ following. Your
26
   petitioner declares that the prisoner is required as the defendant in the above-entitled matter on
27
   Wednesday, September 5, 2007, at 10:00 a.m. before Honorable Wayne D. Brazil (Courtroom
28

Petition for and Writ of Habeas Corpus Ad Prosequendum
CR 07-00488 CW

No. 4), in the United States District Court for the Northern District of California, Oakland Division, and therefore petitioner respectfully requests that this Court issue the Writ as presented. Your petitioner also declares that the prisoner is required as the defendant in the above-entitled matter on Wednesday, September 5, 2007, at 2:30 p.m. before Honorable Claudia Wilkin (Courtroom No. 2), in the United States District Court for the Northern District of California, Oakland Division, and therefore petitioner respectfully requests that this Court issue the Writ as presented.

DATED: August 21, 2007

_____
KESLIE STEWART
Assistant United States Attorney

SO ORDERED:

DATED: August 23, 2007



_____
HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

Petition for and Writ of Habeas Corpus Ad Prosequendum
CR 07-00488 CW

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

TO: **FEDERICO ROCHA**, United States Marshal, Northern District of California and/or any of his authorized deputies, and Robert L. Ayers, Jr., the Warden of San Quentin State Prison.

**GREETINGS**

**WE COMMAND** that on Wednesday, September 5, 2007, you have and produce the body of **BOBBY ALEXANDER**, CDC number T091182, CII number 10548257, FBI number 724012VA5, who is in your custody in the hereinabove-mentioned institution, before the United States Magistrate Court for the Northern District of California, at 10:00 a.m., in the courtroom of Honorable WAYNE D. BRAZIL, Courtroom No. 4, at 1301 Clay Street, Oakland, California in order that **BOBBY ALEXANDER** may then and there appear before the Magistrate Court on the one-count Indictment that has been filed against him in the above-captioned case, and that he be produced again the same day at 2:30 p.m. before the United States District Court for the Northern District of California in the courtroom of the Honorable CLAUDIA WILKEN, Courtroom No. 2, at 1301 Clay Street, Oakland California in order that he may appear before the District Court on the one-count Indictment that has been filed against him in the above-captioned case, and immediately after these two hearings to return him forthwith to the above-mentioned institution;

**IT IS FURTHER ORDERED** that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

**WITNESS**, the Honorable Joseph C. Spero, Magistrate Judge of the United States District Court for the Northern District of California.

DATED: August 23, 2007

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: *Karen L. Hom*
DEPUTY CLERK

Petition for and Writ of Habeas Corpus Ad Prosequendum
CR 07-00488 CW