1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone:  (510) 637-3500
5
   Counsel for Defendant JOHNSON
6

7

8                   IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            )    No. CR-07-00488 CW
                                         )
12                      Plaintiff,       )    **AMENDED STIPULATION AND**
                                         )    **ORDER CONTINUING STATUS**
13  vs.                                  )    **HEARING**
                                         )
14  ANDRE MATTHEWS, et al.               )    Hearing Date: November 28, 2007
                                         )    Requested Date: January 9, 2008
15                      Defendant.       )
    _____)
16

17

18          It is hereby stipulated that the STATUS hearing date of November 28, 2007 be continued

19  to January 9, 2008 at 2:00 p.m.   In addition, the parties stipulate and agree that time should be

20  excluded between November 28, 2007 until January 9, 2008 due to the ongoing investigation by

21  defense counsel.  Two new defense counsel have very recently joined this case.  It appears that

22  all defendants are now present, but the new counsel have had very little time to review the

23  discovery.  Approximately 4000 pages of discovery have been produced to defense counsel in

24  electronic form.  This electronic discovery has been converted to OCR searchable form by

25  defense counsel and distributed to all defense counsel.  Seven CD-ROM's of discovery recently

26  received have not been reviewed.  Calculation of loss value exposure will be a complicated

1   process in this case and is ongoing.  The parties understand the court's preference for setting of

2   motions by stipulation; however, the parties are not in a position to assess the time needed for

3   discovery review or motions preparation.  If possible, the parties will propose a motions schedule

4   by stipulation prior to the requested next appearance.

5          The parties agree that the ends of justice served by the continuance requested herein

6   outweigh the best interest of the public and the defendant in a speedy trial because the failure to

7   grant the continuance would deny the counsel for the defendant the reasonable time necessary

8   for effective preparation, taking into account the exercise of due diligence.  Time should

9   therefore be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

10

11  11-27-07                                      /s/
    Date                                    John Paul Reichmuth
12                                          Assistant Federal Public Defenders
                                            Counsel for defendant Johnson
13

14  11-27-07                                      /s/
15  Date                                    Richard Tamor
                                            Counsel for defendant Bacon
16

17  11-27-07                                      /s/
    Date                                    Garrick Lew
18                                          Counsel for defendant Alexander

19  11-27-07                               /s/
    Date                                    Gail Shifman
20                                          Counsel for defendant Kautzman

21

22  11-27-07                                      /s/
    Date                                    John Hemann
23                                          Counsel for defendant Matthews

24  11-27-07                                      /s/

25  Date                                    Laura Robinson
                                            Counsel for defendant Enriquez
26

1    11-27-07                                          /s/
     Date                                       Mark Goldrosen
2                                               Counsel for defendant Reyes

3
     11-27-07                                          /s/
4    Date                                       Seth Chazin
                                                Counsel for defendant Williams
5

6    11-27-07                                          /s/
     Date                                       Ismail Ramsey
7                                               Counsel for defendant Arnold

8    11-27-07                                          /s/
     Date                                       Diana Weiss
9                                               Counsel for defendant Green

10

11   11-27-07                                          /s/
     Date                                       H.H. "Shashi" Kewalramani
12                                              Assistant United States Attorney

13
             I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
14   within this efiled document.                 /S/ John Paul Reichmuth
                                          Counsel for Defendant Alicia Johnson
15

16

17                                          **ORDER**
             Based on the reasons provided in the stipulation of the parties above, the Court hereby
18
     finds that the ends of justice served by the continuance requested herein outweigh the best
19
     interest of the public and the defendant in a speedy trial because the failure to grant the
20
     continuance would deny the counsel for the defendant the reasonable time necessary for effective
21
     preparation, taking into account the exercise of due diligence.  The Court makes this finding
22
     because the parties continue to investigate the new discovery, which is voluminous.
23

24

25

26

1    Based on these findings, IT IS HEREBY ORDERED THAT the STATUS hearing date of

2  November 28, 2007 at 2:00 p.m. be continued to January 9, 2008 and that time be excluded from

3  November 28, 2007 to January 9, 2008 pursuant to 18 U.S.C. §§3161 (h)(8)(A) and (B)(iv).

4    IT IS SO ORDERED.

5

6    11/27/07

7  _____          _____

   Date                              Hon. Claudia Wilken
8                                    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26