CR-07488-CW

**FILED**

FEB 6 - 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

To Whom It May Concern:

My name is Jessie DeGuzman and I am writing this letter to speak as a character witness on behalf of Bobby Alexander. Unfortunately I am unable to leave work to appear in person.

I have driven him to NA meetings, apply for jobs and witness his frustations of getting no responses. In the meanwhile, he has been a big help to me by volunteering his time to assist me and my fiancée in caring for my soon to be sister-in-law who lives with me. The entire left side of her body is completely paralyzed requiring 24 hour care; however, my previous help recently moved.

Needless to say I am in the need of a replacement yet I want to know she is with someone I trust will take good care of her. I have offered to hire Bobby for 10 hrs a day/5 days a week because he not only does an excellent

job with her physical and medical needs but she enjoys his company. His demeanor lifts her spirits. It isn't easy to get her to smile and laugh since she is confined to a hospital bed in her room unless she is dependent on someone to help.

I have also been going through Prop 36 and NA meetings. I am a recovering addict and have been clean for 53 days. I hope to be part of the support that he needs and have the same from him in return.

Thank you in advance for taking the time to review my letter. Feel free to contact me @ (925) 565-2205 if you'd like.

Sincerely,
Jessie DeG
Jessie DeGuzman