1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone:  (510) 637-3500
5
   Counsel for Defendant JOHNSON
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           )    No. CR-07-00488 CW
                                        )
12              Plaintiff,              )    **STIPULATION AND [PROPOSED]**
                                        )    **ORDER CONTINUING STATUS**
13  vs.                                 )    **HEARING**
                                        )
14  ANDRE MATTHEWS, et al.              )    Hearing Dates: March 12 & 19, 2008
                                        )    Requested Date: April 9, 2008
15              Defendant.              )
    _____)

16

17

18       It is hereby stipulated that the STATUS/CHANGE OF PLEA hearing date of March 12,

19  2008 and the MOTIONS hearing date of March 19, 2008 be continued to April 9, 2008 at 2:00

    p.m. for CHANGES OF PLEA OR MOTIONS.  In addition, the parties stipulate and agree that
20
    time should be excluded between March 12, 2008 and April 9, 2008 due to the ongoing
21
    investigation by defense counsel.  Two new discs of electronic discovery have been produced by
22
    the government within the week of March 3, 2008, and defense counsel need time to review this
23
    material.  Approximately 4000 pages of discovery have been previously been produced to
24
    defense counsel in electronic form.  This electronic discovery has been converted to OCR
25
    searchable form by defense counsel and distributed to all defense counsel.
26

Stip to Continue, 07-00488 CW            1

The parties agree that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendants in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Time should therefore be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

03-07-08                        /s/
Date                            John Paul Reichmuth
                                Assistant Federal Public Defenders
                                Counsel for defendant Johnson


03-07-08                        /s/
Date                            Richard Tamor
                                Counsel for defendant Bacon


03-07-08                        /s/
Date                            Garrick Lew
                                Counsel for defendant Alexander

03-07-08                        /s/
Date                            Gail Shifman
                                Counsel for defendant Kautzman


03-07-08                        /s/
Date                            John Hemann
                                Counsel for defendant Matthews

03-07-08                        /s/

Date                            Laura Robinson
                                Counsel for defendant Enriquez


03-07-08                        /s/
Date                            Mark Goldrosen
                                Counsel for defendant Reyes


03-07-08                        /s/
Date                            Seth Chazin
                                Counsel for defendant Williams

1

2
03-07-08 _____          _____/s/_____
Date                                     Ismail Ramsey
                                         Counsel for defendant Arnold
3

4
03-07-08 _____          _____/s/_____
Date                                     Diana Weiss
                                         Counsel for defendant Green
5

6

7
03-07-08                          _____/s/_____
Date                                     Keslie Stewart
                                         Assistant United States Attorney
8

9
        I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
10
within this efiled document.                    /S/ John Paul Reichmuth
_____                          Counsel for Defendant Alicia Johnson

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court makes this finding because the parties continue to investigate the new discovery, which is voluminous.

Based on these findings, IT IS HEREBY ORDERED THAT the STATUS/CHANGE OF PLEA hearing date of March 12, 2008 and the MOTIONS hearing date of March 19, 2008 be continued to April 9, 2008 at 2:00 p.m. for CHANGES OF PLEA OR MOTIONS and that time be excluded from November 28, 2007 to January 9, 2008 pursuant to 18 U.S.C. §§3161 (h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

_____          _____
Date                             Hon. Claudia Wilken
                                 United States District Judge