GARRICK S. LEW (State Bar No. 61889)
Design Center East
600 Townsend Street, Suite 329E
San Francisco, CA 94103-4957
Telephone: (415) 575-3588
Facsimile: (415) 522-1506
gsl@defendergroup.com

Counsel for Defendant ALEXANDER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00488 CW |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING** |
| vs. ) | |
| ANDRE MATTHEWS, et al. ) | Hearing Date: July 23, 1008 |
| Defendant. ) | Requested Date: August 13, 2008 |

    The United States, through its counsel Keslie Stewart, and defendant BOBBY ALEXANDER, through his counsel Garrick Lew, hereby agree and stipulate to a continuance of the sentencing hearing in this case presently scheduled for Wednesday, July 23, 2008 to August 13, 2008 before this Court.

    On June 30, 2008, counsel for defendant lodged objections to the draft 35 day presentence report requesting that the probation officer address possible pre-sentence state credits pursuant to § 5G1.3 of the guidelines for defendant's undischarged term of imprisonment while defendant was incarcerated in 2007 in Contra Costa County and detained by the Parole Board for the State of California for relevant conduct to the instant offense of conviction. Counsel has undertaken efforts to obtain records from Contra Costa County Superior Court and the Parole Board for the State of California and has been informed by these state agencies that the records

will not be available this week. Once the requested records are available, the probation officer will require time to assess and evaluate the information provided. Furthermore, defense counsel will be on vacation from July 12 through July 19, 2008 and will not be available to prepare and file defendant's sentencing memorandum 5 days prior to defendant's sentencing date.

Probation officer Brian Casai and AUSA Keslie Stewart do not oppose defendant's request to continue the sentencing date to August 13, 2008.

SO STIPULATED.

Dated: July 9, 2008

_____
GARRICK S. LEW
Attorney for Bobby Alexander

Dated: July 9, 2008

/s/
_____
Keslie Stewart
Assistant United States Attorney

ORDER

Based on the stipulation of the parties and the facts set forth herein, good cause appearing,

IT IS HEREBY ORDERED that defendant's sentencing hearing scheduled for July 23, 2008 is vacated and sentencing is continued to 2 p.m. on August 13, 2008.

DATED:

_____
Claudia Wilken
United States District Court Judge