GARRICK S. LEW (State Bar No. 61889)
Design Center East
600 Townsend Street, Suite 329E
San Francisco, CA 94103-4957
Telephone:  (415) 575-3588
Facsimile:   (415) 522-1506
gsl@defendergroup.com

Counsel for Defendant ALEXANDER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00488 CW |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING SENTENCING HEARING** |
| vs. ) | |
| ) | Hearing Date:        July 23, 1008 |
| ANDRE MATTHEWS, et al. ) | Requested Date:   August 13, 2008 |
| ) | |
| Defendant. ) | |
| _____ ) | |

    The United States, through its counsel Keslie Stewart, and defendant BOBBY ALEXANDER, through his counsel Garrick Lew, hereby agree and stipulate to a continuance of the sentencing hearing in this case presently scheduled for Wednesday, July 23, 2008 to August 13, 2008 before this Court.

    On June 30, 2008, counsel for defendant lodged objections to the draft 35 day presentence report requesting that the probation officer address possible pre-sentence state credits pursuant to § 5G1.3 of the guidelines for defendant's undischarged term of imprisonment while defendant was incarcerated in 2007 in Contra Costa County and detained by the Parole Board for the State of California for relevant conduct to the instant offense of conviction. Counsel has undertaken efforts to obtain records from Contra Costa County Superior Court and the Parole Board for the State of California and has been informed by these state agencies that

1 the records will not be available this week.  Once the requested records are available, the

2 probation officer will require time to assess and evaluate the information provided.  Furthermore,

3 defense counsel will be on vacation from July 12 through July 19, 2008 and will not be available

4 to prepare and file defendant's sentencing memorandum 5 days prior to defendant's sentencing

5 date.

6       Probation officer Brian Casai and AUSA Keslie Stewart do not oppose defendant's

7 request to continue the sentencing date to August 13, 2008.

9       SO STIPULATED.

10 Dated: July 9, 2008

11                               GARRICK S. LEW
                              Attorney for Bobby Alexander

14 Dated: July 9, 2008       /s/
                              _____
                              Keslie Stewart
                              Assistant United States Attorney

17                         ORDER

18       Based on the stipulation of the parties and the facts set forth herein, good cause

19 appearing,

20       IT IS HEREBY ORDERED that defendant's sentencing hearing scheduled for July 23,

21 2008 is vacated and sentencing is continued to 2 p.m. on August 13, 2008.

23 DATED:  9/10/08
                              _____
24                               Claudia Wilken
                              United States District Court Judge