1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  KESLIE STEWART (CABN 184090)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      Facsimile: (510) 637-3724
       E-Mail: Keslie.Stewart@usdoj.gov
8
   Attorneys for the United States of America
9

10                     UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA
11                              OAKLAND DIVISION

12 | UNITED STATES OF AMERICA,        )  No. CR 07-0488 CW
                                      )
13 |      Plaintiff,                  )  UNITED STATES' SENTENCING
                                      )  MEMORANDUM
14 |      v.                          )
                                      )
15 | BOBBY R. ALEXANDER,              )
                                      )
16 |      Defendant.                  )
                                      )
17

18      Consistent with paragraphs 8 and 14 of the parties' Rule 11(c)(1)(C) plea agreement, the

19 United States recommends a sentence of a term of imprisonment of one year and one day; three

20 years of supervised release (with other conditions to be fixed by the Court); no fine; $100 special

21 assessment; and restitution in the amount of $15,918.72 as set forth in the Probation Officer's

22 Presentence Report.

23
   DATED: August 7, 2008              Respectfully submitted,
24
                                      JOSEPH P. RUSSONIELLO
25                                    United States Attorney

26
                                      _____/s/_____
27                                    KESLIE STEWART
                                      Assistant United States Attorney
28

CR-07-0488 CW
UNITED STATES'
SENTENCING MEMORANDUM