1  Garrick S. Lew SBN 61889
   600 Townsend Street, Suite 329E
2  San Francisco, California 94103
   Telephone: (415) 575-3588
3  Facsimile: (415) 522-1506
   gsl@defendergroup.com
4
   Attorney for Defendant
5  Bobby Alexander

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                          Oakland Venue

11
   UNITED STATES OF AMERICA,            )
12                                       )    CR 07-00488 - CW
                     Plaintiff,          )
13                                       )    DEFENDANT'S SENTENCING
              vs.                        )    EXHIBITS
14                                       )
   BOBBY R. ALEXANDER,                   )    Date:   August 13, 2008
15                                       )    Time:   2pm
                                         )    Judge:  Honorable Claudia Wilkins
16  _____Defendant._____)

17

18      1.    Office of the Sheriff, Contra Costa County, Technical Services Division

19      2.    Minute Orders - Magistrate Wayne D. Brazil

20      3.    State of California.  Department of Corrections and Rehabilitation
              Division of Adult Parole Operations
21            Case Records North

22      4.    California Parole Advocacy Program
              University of the Pacific, McGeorge School of Law
23

24

25

26

27

28

DEFENDANT'S SENTENCING
EXHIBITS [CR 07-00488 - CW]                    1

Exhibit 1



# OFFICE OF THE SHERIFF

### Contra Costa County

Technical Services Division – Records Unit

## FAX TRANSMITTAL SHEET

Date: _7/17/08_

To: _Amanda Jennings_

Div/Unit: _Garricks Law_

Fax #: _____

From:

Records Unit

Name: _Vickie_

Phone # (925) 335-1570

Fax # (925) 335-1588

Number of Pages (including this cover sheet): _____

Comments: _____

The document being faxed is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law.

If you have received this communication in error, please notify the sender immediately by telephone at (925) 335-1572.

You are hereby notified that any unauthorized dissemination, distribution, or copying of this communication is strictly prohibited.

Garrick S. Lew & Associates
Attorneys at Law
600 Townsend Street, Suite 329E
San Francisco, CA 94103
Telephone: (415) 575-3588
Fax: (415) 522-1506
gsl@defendergroup.com

## FACSIMILE TRANSMISSION SHEET

Date:                                                    July 14, 2008

Please forward immediately to:                           Contra Costa County Sheriff's Department
                                                         Records Department

Facsimile Number:                                        925-335-1588

From:                                                    Amanda Levings for Garrick S. Lew

Reference:                                               Bobby Alexander
                                                         DOB: 8-16-80

Our File No:

Total number of pages (including this page):        3

If pages are missing or illegible, or any other transmission problems occur, please call Hanna at
(415) 415-575-3588.
                                                         DOB
                                                         08 - 16 - 80

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The information contained in this facsimile message is protected by the attorney-client and/or the attorney/work product
privileges. It is intended only for the use of the individual named above, and the privileges are not waived by virtue of this
having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the
named recipient, or the employee or agent responsible for delivering it to the named recipient, any use, dissemination,
distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please
immediately notify us by telephone, and return the original message to us at the above address via the U.S. postal service.
Thank you.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MESSAGE

2



*Law Offices of*

# GARRICK S. LEW

### *and Associates*

July 14, 2008

Office of the Sheriff
Contra Costa County
Records Unit
500 Court Street
Martinez, CA 94553

Via Facsimile: (925) 335-1588

Re:    People v Bobby Alexander
       Docket No. 154398-2

Dear People:

Our office was appointed by the federal court to defend Bobby Alexander. Please deem this
letter a request for information regarding his custody time in Docket No. 154398-2.

Mr. Alexander's sentencing is set for August 13, 2008. Under the United States sentencing
guidelines, Bobby is entitled to pre-sentence credits for any undischarged term of
imprisonment based on the same underlying facts. Our understanding was that Bobby was
detained in custody in Contra Costa County from the time of his arrest until the District
Attorney dismissed the case. We would like to know how long he was in custody.

Thank you in advance for your assistance.

Very truly yours,
Law Offices of Garrick S. Lew & Associates

*Amanda Levings*

Amanda Levings
Assistant to Garrick S. Lew

Encl.

Design Center East · 600 Townsend Street, Suite 329E · San Francisco, CA  94103-4937
Tel: 415.575.3588 · Fax: 415.522.1506
Web: www.garricklew.com · Email: gsl@defendergroup.com

*3*

# CONTRA COSTA DETENTION FACILITIES

## History of Inmate

| CIN: 70183797 | CIN Name: ALEXANDER, BOBBIE RAY |
|---|---|

### Booking & Arrest Summary

CIN: 70183797  Book #: 2006013338    Book Name(L,F,M,S): ALEXANDER, BOBBIE, RAY
Book Dt/Tm: 06-25-2006 1914    Release Dt/Tm: 05-10-2007 0400    Release Type: SVT

Warrants Check:  Initial: C  By: 64895, PARGA    Dt/Tm: 06-25-2006 1935  Time Served:
                 Release: C  By: 62390, BINADAY   Dt/Tm: 05-10-2007 0359 10 mo 14 dy 8 hr 45 mi

| Arr #<br>1 | Event # | Arresting Agency<br>Antioch PD | Arrest Dt/Tm<br>06-25-2006 1050 | Max Class<br>F | Type<br>OV |
|---|---|---|---|---|---|

Hold Agency:
Arresting Officer: HOOKER

Location of Arrest: 5 MARINA PL, ANTIOCH

| Chg # Charge Code | Court | Court Dt/Tm | Court Case # | ROC | Bail Flag | Bail Amount | Bail Type | Release Status |
|---|---|---|---|---|---|---|---|---|
| 1) 11378 HS | 04 | | 2006006336 | | I | $30,000.00 | | 04-1 Y |
| | | | Bail Amount: | | | | | |

Counts:    Warrant #:

CL:  F    CC: M

POSS CNTL SUB FOR SALE
Notes:

| 2) 12316(B)(1) PC | | | | | I | $50,000.00 | | 04-1 Y |
| | | | Bail Amount: | | | | | |

Counts:    Warrant #:

CL:  F    CC:

PROHIBTD OWN/ETC AMMO/ETC
Notes:

| Arr #<br>2 | Event # | Arresting Agency<br>Antioch PD | Arrest Dt/Tm<br>06-25-2006 1050 | Max Class<br>F G | Type<br>PH |
|---|---|---|---|---|---|

Hold Agency:
*HOLD   Return/Release Dt/Tm:    Arresting Officer: HOOKERT
Location of Arrest: 5 MARINA PL, ANTIOCH

| Chg # Charge Code | Court | Court Dt/Tm | Court Case # | ROC | Bail Flag | Bail Amount | Bail Type | Release Status |
|---|---|---|---|---|---|---|---|---|
| 1) 3056 PC | MH | 07-28-2006 1100 | T91182 | MORF | I | $0.00 | | 09-1 Y |
| | | | Bail Amount: | | | | | |

Counts:    Warrant #:

CL:  F    CC: G

PAROLE HOLD
Notes:

CONTROLLED DOCUMENT
Office of the Sheriff
Contra Costa County
JUL 1 6 2008

## CONTRA COSTA DETENTION FACILITIES

### History of Inmate

CIN: 70183797    CIN Name: ALEXANDER, BOBBIE RAY

| Arr # | Event # | Arresting Agency | Arrest Dt/Tm | Max Class | Type |
|---|---|---|---|---|---|
| 3 | | Contra Costa Sheriff Office | 07-14-2006 0800 | F M | AW |

Hold Agency:

Arresting Officer: T. SANTOS

Notes: $95k Warrant
Location of Arrest: 1000 WARD ST, MARTINEZ

| Chg # Charge Code | Court | Court Dt/Tm | Court Case # | ROC | Bail Flag | Bail Amount | Bail Type | Release Status |
|---|---|---|---|---|---|---|---|---|
| 1) 11378 HS | 05-35 | 01-22-2007 1330 | 1500636/061508{ | RC | N | $95,000.00 | | 07 Y |

Bail Amount:

Counts:          Warrant #: 04-150063-6-0 Sentence: Yrs:.          Mos:.          Days: 365. Hrs:.

Adjusted Charge Code:          CL:  F    CC: M

POSS CNTL SUB FOR SALE

Notes:

Grand Total BAIL:          $48,250.00 No Bond

CONTROLLED DOCUMENT
Office of the Sheriff
Contra Costa County

JUL 1 6 2008

# CONTRA COSTA DETENTION FACILITIES

## History of Inmate

| CIN: 70183797 | CIN Name: ALEXANDER, BOBBIE RAY |
|---|---|

## Booking & Arrest Summary

**CIN:** 70183797   **Book #:** 2007011958    **Book Name(L,F,M,S):** ALEXANDER, BOBBIE, RAY
**Book Dt/Tm:** 06-01-2007 0610    **Release Dt/Tm:** 08-16-2007 0403    **Release Type:** STQ
**Warrants Check:**   **Initial:** C   **By:** 64895, PARGA    **Dt/Tm:** 06-01-2007 0715 **Time Served:**
      **Release:** C   **By:** 65233, PRUITT    **Dt/Tm:** 08-16-2007 0402 2 mo 14 dy 21 hr 52 mi

| Arr # | Event # | Arresting Agency | Arrest Dt/Tm | Max Class | Type |
|---|---|---|---|---|---|
| 1 | | Antioch PD | 05-31-2007 1530 | F M | OV |

**Hold Agency:**

**Arresting Officer:** FORTNER

Location of Arrest: 3210 DELTA FAIR BL,#124, ANTIOCH

| Chg # Charge Code | Court | Court Dt/Tm | Court Case # | ROC | Bail Flag | Bail Amount | Bail Type | Release Status |
|---|---|---|---|---|---|---|---|---|
| 1) 530.5 PC | | | 04-154097-0 | | Y | $0.00 | | 05-0 Y |
| | | | **Bail Amount:** | | | | | |
| **Counts:** | | **Warrant #:** | | | | | | |
| | | | | CL: F | CC: M | | | |
| GET CREDIT/ETC OTHER'S ID | | | | | | | | |
| **Notes:** | | | | | | | | |
| 2) 182(A)(1) PC | | | 04-154097-0 | | Y | $0.00 | | 05-0 Y |
| | | | **Bail Amount:** | | | | | |
| **Counts:** | | **Warrant #:** | | | | | | |
| | | | | CL: F | CC: M | | | |
| CONSPIRACY | | | | | | | | |
| **Notes:** | | | | | | | | |
| 3) 496(A) PC | | | 04-154097-0 | | Y | $0.00 | | 05-0 Y |
| | | | **Bail Amount:** | | | | | |
| **Counts:** | | **Warrant #:** | | | | | | |
| | | | | CL: F | CC: M | | | |
| RECEIVING STOLEN PROPERTY OR VALUE OF PROP UP TO 50,000 WHICHEVER IS GREATER | | | | | | | | |
| **Notes:** | | | | | | | | |
| 4) 11550(A) | | | 04-154097-0 | | I | $0.00 | | 05-0 Y |
| | | | **Bail Amount:** | | | | | |
| **Counts:** | | **Warrant #:** | | | | | | |
| | | | | CL: M | CC: M | | | |
| UNDER INFLUENCE CNTL SUB | | | | | | | | |
| **Notes:** | | | | | | | | |

CONTROLLED DOCUMENT
Office of the Sheriff
Contra Costa County

JUL 1 6 2008

6

# CONTRA COSTA DETENTION FACILITIES

## History of Inmate

CIN: 70183797       CIN Name: ALEXANDER, BOBBIE RAY

| Arr #  2 | Event # | Arresting Agency Antioch PD | | Arrest Dt/Tm 05-31-2007 1530 Hold Agency: | Max Class F G | Type PH |
|---|---|---|---|---|---|---|

*HOLD    Return/Release Dt/Tm:              Arresting Officer: FORTNER
Location of Arrest: 3210 DELTA FAIR, #124, ANTIOCH

| Chg # Charge Code | Court | Court Dt/Tm | Court Case # | ROC | Bail Flag | Bail Amount | Bail Type | Release Status |
|---|---|---|---|---|---|---|---|---|
| 1) 3056 PC | | | T91182 | NO | N | $0.00 | | 09-3  Y |
| | | | Bail Amount: | | | | | |

Counts:                  Warrant #:
                                          CL:   F      CC: G

PAROLE HOLD
Notes:

| Arr #  3 | Event # | Arresting Agency Contra Costa Sheriff Office | | Arrest Dt/Tm 06-05-2007 0000 Hold Agency: Arresting Officer: | Max Class F M | Type RM |
|---|---|---|---|---|---|---|

Notes:

| Chg # Charge Code | Court | Court Dt/Tm | Court Case # | ROC | Bail Flag | Bail Amount | Bail Type | Release Status |
|---|---|---|---|---|---|---|---|---|
| 1) 11378 HS | 05-35 | 08-13-2007 1330 | 05-061508-8 | ARR | Y | $0.00 | | 05-0  Y |
| | | | Bail Amount: | | | | | |

Counts:                  Warrant #:
      Adjusted Charge Code:              CL:   F      CC: M
POSS CNTL SUB FOR SALE
Notes:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2) 1203.2 PC | 05-35 | 08-13-2007 1330 | 05-061508-8 | ARR | N | $0.00 | | 05-0  Y |
| | | | Bail Amount: | | | | | |

Counts:                  Warrant #:
      Adjusted Charge Code:              CL:   F      CC: H
PROBATION VIOLATION, PROBABLE CAUSE ARREST
Notes:

CONTROLLED DOCUMENT
Office of the Sheriff
Contra Costa County

JUL 1 6 2008

7

# CONTRA COSTA DETENTION FACILITIES

## History of Inmate

| CIN: 70183797 | CIN Name: ALEXANDER, BOBBIE RAY |
|---|---|

| Arr # | Event # | Arresting Agency | Arrest Dt/Tm | Max Class | Type |
|---|---|---|---|---|---|
| **4** | | Contra Costa Sheriff Office | 06-05-2007 0000 | F | RM |
| | | | Hold Agency: | | |
| | | | Arresting Officer: | | |

| Chg # Charge Code | Court | Court Dt/Tm | Court Case # | ROC | Bail Flag | Bail Amount | Bail Type | Release Status |
|---|---|---|---|---|---|---|---|---|
| 1) 496(A) PC | | | 04-147583-9 | | Y | $0.00 | | 05-0  Y |
| | | | Bail Amount: | | | | | |

Counts:            Warrant #:

                                              CL:   M       CC: H

RECEIVING STOLEN PROP. VALUE UNDER $400

Notes:

| 2) 487(A)/664 PC | | | 04-147583-9 | | | $0.00 | | 05-0  Y |
|---|---|---|---|---|---|---|---|---|
| | | | Bail Amount: | | | | | |

Counts:            Warrant #:

                                              CL:   F       CC:

GRAND THEFT: MONEY/LABOR/PROP >$400

Notes:

| 3) 470(D) PC | | | 04-147583-9 | | Y | $0.00 | | 05-0  Y |
|---|---|---|---|---|---|---|---|---|
| | | | Bail Amount: | | | | | |

Counts:            Warrant #:

                                              CL:   F       CC: H

FORGERY FALSE CHECK/REC/CERT/ETC

Notes:

| Arr # | Event # | Arresting Agency | Arrest Dt/Tm | Max Class | Type |
|---|---|---|---|---|---|
| **5** | | Contra Costa Sheriff Office | 07-23-2007 1500 | M H | RM |
| | | | Hold Agency: | | |
| | | | Arresting Officer: | | |

| Chg # Charge Code | Court | Court Dt/Tm | Court Case # | ROC | Bail Flag | Bail Amount | Bail Type | Release Status |
|---|---|---|---|---|---|---|---|---|
| 1) 496(A) PC | 05-35 | 08-13-2007 1330 | 154398-2 | ARR | Y | $45,000.00 | | 05-0  Y |
| | | | Bail Amount: | | | | | |

Counts:            Warrant #: 154398-2

Adjusted Charge Code:                         CL:   M       CC: H

RECEIVING STOLEN PROP. VALUE UNDER $400

Notes:

CONTROLLED DOCUMENT
Office of the Sheriff
Contra Costa County

JUL 1 6 2008

*8*

# CONTRA COSTA DETENTION FACILITIES

## History of Inmate

**CIN:** 70183797    **CIN Name:** ALEXANDER, BOBBIE RAY

| Arr # | Event # | Arresting Agency | Arrest Dt/Tm | Max Class | Type |
|---|---|---|---|---|---|
| 6 | | Contra Costa Sheriff Office | 08-13-2007 1512 | F  M | HL |

Hold Agency:

**\*HOLD**   Return/Release Dt/Tm:                Arresting Officer:

Notes: US POSTAL INSPECTION SERVICE  TITLE 18 SECTION 1028 (f)

| Chg # Charge Code | Court | Court Dt/Tm | Court Case # | ROC | Bail Flag | Bail Amount | Bail Type | Release Status |
|---|---|---|---|---|---|---|---|---|
| 1) FEDERAL OTHER | | | CR-07-00488-CW | | | $0.00 | | 09-3  Y |

Bail Amount:

Counts:            Warrant #: CR-07-00488-(

Adjusted Charge Code:                          CL:  F    CC: M
VIOLATION FEDERAL ALL OTHER

Notes:

**Grand Total BAIL:**    **$48,250.00 No Bond**

CONTROLLED DOCUMENT
Office of the Sheriff
Contra Costa County

JUL 1 6 2008

9

# CONTRA COSTA DETENTION FACILITIES

## History of Inmate

CIN: 70183797    CIN Name: ALEXANDER, BOBBIE RAY

## Booking & Arrest Summary

CIN: 70183797    Book #: 2007018494    Book Name(L,F,M,S): ALEXANDER, BOBBIE, RAY
Book Dt/Tm: 08-23-2007 1044    Release Dt/Tm: 10-25-2007 0408    Release Type: STQ
Warrants Check:    Initial: C    By: 70043, WATERS    Dt/Tm: 08-23-2007 1432 Time Served:
              Release: C    By: 65233, PRUITT    Dt/Tm: 10-25-2007 0407 2 mo 1 dy 17 hr 23 mi

| Arr #<br>1 | Event # | Arresting Agency<br>Contra Costa Sheriff Office | Arrest Dt/Tm<br>08-23-2007 1041<br>Hold Agency: | Max Class<br>F | Type<br>G    RO |

Notes: CDC# T91182
Location of Arrest: SAN QUENTIN STATE PRISON

Arresting Officer: ILLEGIBLE

| hg # Charge Code<br>1) MORR | Court<br>MH | Court Dt/Tm<br>08-24-2007 0930 | Court Case #<br>T91182 | ROC<br>MORF | Bail<br>Flag<br>N | Bail<br>Amount<br>$0.00 | Bail<br>Type | Release<br>Status<br>09-3 Y |

Counts:    Warrant #:    Bail Amount:

MORRISSEY HEARING                        CL:  F    CC:  G
Notes:

| Arr #<br>2 | Event # | Arresting Agency<br>Contra Costa Sheriff Office | Arrest Dt/Tm<br>08-23-2007 1041<br>Hold Agency: | Max Class<br>F | Type<br>RR |

*HOLD    Return/Release Dt/Tm:
Location of Arrest: SAN QUENTIN STATE PRISON    Arresting Officer: ILLEGIBLE

| # Charge Code<br>1) 99 PC | Court | Court Dt/Tm | Court Case #<br>T91182 | ROC | Bail<br>Flag<br>N | Bail<br>Amount<br>$0.00 | Bail<br>Type | Release<br>Status<br>09-3 Y |

Counts:    Warrant #:    Bail Amount:

DETAINER STATE PRISON (HOLD)             CL:  F    CC:
Notes:

CONTROLLED DOCUMENT
Office of the Sheriff
Contra Costa County

JUL 1 6 2008

*10*

Printed: 07-17-2008 0918
Printed By: 71384, GETTONE

# CONTRA COSTA DETENTION FACILITIES

## History of Inmate

**CIN:** 70183797    **CIN Name:** ALEXANDER, BOBBIE RAY

| Arr # | Event # | Arresting Agency | Arrest Dt/Tm | Max Class | Type |
|-------|---------|------------------|--------------|-----------|------|
| 3 | | Contra Costa Sheriff Office | 08-24-2007 0820 | F  M | HL |

Hold Agency:

**\*HOLD   Return/Release Dt/Tm:**     **Arresting Officer:**

**Notes:** Title 18 1028 (f)

| Chg # Charge Code | Court | Court Dt/Tm | Court Case # | ROC | Bail Flag | Bail Amount | Bail Type | Release Status |
|-------------------|-------|-------------|--------------|-----|-----------|-------------|-----------|----------------|
| 1) FEDERAL OTHER | | | CR-07-00488-CW | | N | $0.00 | | 09-3  Y |

**Counts:**    **Warrant #:** CR07-00488-C    **Bail Amount:**

**CL:**  F   **CC:** M

VIOLATION FEDERAL ALL OTHER

**Notes:**

**Grand Total BAIL:**    **$48,250.00 No Bond**

Exhibit 2

| | | TOTAL TIME (mins): 16 Mins | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK Ivy L. Garcia | REPORTER/FTR 10:46:51-10:58:30 FTR: 9/5/07 recalled 11:13:40-11:16:00 | |
| MAGISTRATE JUDGE HON. WAYNE D. BRAZIL | DATE 9/5/07 | NEW CASE ☐ | CASE NUMBER CR-07-00488-CW |

**APPEARANCES**

| DEFENDANT BOBBY ALEXANDER | AGE | CUST Yes | P/NP P | ATTORNEY FOR DEFENDANT Kelly Cronin for Garrick Lew | PD. ☐ RET. ☐ APPT. ☒ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Shashi Kewalramani for Keslie Stewart | INTERPRETER None | | ☒ FIN. AFFT SUBMITTED | ☒ COUNSEL APPT'D | |
| PROBATION OFFICER None | PRETRIAL SERVICES OFFICER Amy Berthelsen | DEF ELIGIBLE FOR APPT'D COUNSEL ☒ | PARTIAL PAYMENT OF CJA FEES ☐ | | |

**PROCEEDINGS SCHEDULED TO OCCUR**

| | | | | | |
|---|---|---|---|---|---|
| ☒ INITIAL APPEAR 6 Mins HELD | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS | |
| ☒ I.D. COUNSEL 3 Mins HELD | ☒ ARRAIGNMENT 7 Mins HELD | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER | |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING | |

**INITIAL APPEARANCE**

FILED

| ☒ ADVISED OF RIGHTS ON 9/5/07 | ☐ ADVISED OF CHARGES ON 9/5/07 | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: | SEP 5 - 2007 |
|---|---|---|---|---|

**ARRAIGNMENT**

RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT |
|---|---|---|---|

**RELEASE**

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☒ DETAINED | ☐ RELEASED | ☒ DETENTION HEARING AND FORMAL FINDINGS WAIVED BY THE DEFT. | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

**PLEA**

| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

**CONTINUANCE**

| TO: 9/5/07 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: 2:00 p.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN- MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. CLAUDIA WILKEN | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

The deft. told Court that he still has couple of months of State's sentence to serve. At this time, the deft. waived the timing of his Detention Hrg. The deft. was ordered detained. The deft. reserved his rights to have his Detention Hrg. -- if & when the deft. believes it will be on his best interest to put his Detention Hrg. back on calendar later.

cc: WDB's Stats, Sheilah, Pretrial

DOCUMENT NUMBER:

| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 19 Mins | |
|---|---|---|---|
| **MAGISTRATE JUDGE**<br>**MINUTE ORDER** | DEPUTY CLERK<br>Ivy L. Garcia | REPORTER/FTR<br>FTR: 1/3/08  11:01:30-11:20:00 | |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | DATE<br>1/3/08 | NEW CASE<br>☐ | CASE NUMBER<br>CR-07-00488-CW |

| APPEARANCES | | | | | |
|---|---|---|---|---|---|
| DEFENDANT<br>BOBBY ALEXANDER | AGE | CUST<br>NO | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Garrick Lew | PD. ☐ RET. ☐<br>APPT. ☒ |
| U.S. ATTORNEY<br>Keslie Stewart | INTERPRETER<br>None | | FIN. AFFT ☐<br>SUBMITTED | | COUNSEL APPT'D ☐ |
| PROBATION OFFICER<br>None | PRETRIAL SERVICES OFFICER<br>Hence Williams | | DEF ELIGIBLE FOR<br>APPT'D COUNSEL ☐ | PARTIAL PAYMENT ☐<br>OF CJA FEES | |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | |
|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☒ BOND HEARING<br>19 Mins HELD | ☐ INITIAL APPEAR<br>REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT<br>HEARING |

**FILED**

| INITIAL APPEARANCE | | | |
|---|---|---|---|
| ☐ ADVISED<br>OF RIGHTS | ☐ ADVISED<br>OF CHARGES | ☐ NAME AS CHARGED<br>IS TRUE NAME | ☐ TRUE NAME: |

JAN 3 – 2008

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON<br>INFORMATION | ☐ ARRAIGNED ON<br>INDICTMENT | ☐ READING WAIVED<br>SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED<br>ON O/R | ☒ ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ 100,000 PR<br>Unsecured | SPECIAL NOTES | ☐ PASSPORT<br>SURRENDERED<br>DATE: |
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |
| ☐ MOTION<br>FOR<br>DETENTION | ☐ PRETRIAL<br>SERVICES<br>REPORT | ☐ DETAINED  ☐ RELEASED | ☐ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | ☐ REMANDED<br>TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT<br>ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT<br>FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO:<br>1/16/08 | ☐ ATTY APPT<br>HEARING | ☐ BOND<br>HEARING | ☐ STATUS RE:<br>CONSENT | ☐ STATUS /<br>TRIAL SET |
| AT:<br>2:00 p.m. | ☐ SUBMIT FINAN.<br>AFFIDAVIT | ☐ PRELIMINARY<br>HEARING OR<br>ARRAIGN-<br>MENT | ☐ CHANGE OF<br>PLEA | ☐ OTHER |
| BEFORE HON.<br>CLAUDIA WILKEN | ☐ DETENTION<br>HEARING | | ☒ MOTIONS<br>SETTING/STATUS | ☐ JUDGMENT &<br>SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | ☐ IDENTITY /<br>REMOVAL<br>HEARING | ☐ PRETRIAL<br>CONFERENCE | ☐ PROB/SUP REV.<br>HEARING |

**ADDITIONAL PROCEEDINGS**

Pursuant to a State parole hold, the deft. prev. waived the timing of his Detention Hrg. & was ordered detained by this Court on 9/5/07. Last 12/19/07, this Court was notified by Pret. Svcs. H. Williams that the deft. was released from the Dept. of Corrections upon completion of his sentence on his State parole viol. The deft's atty. said that the deft. is being sup. thru his State parole right now and he's subject to elec. mon. with GPS component condition.

cc:   WDB's Stats,  Sheilah,  Pretrial

DOCUMENT NUMBER:

**2**

rev. 8/31/07     Case 4:07-cr-00488-CW     Document 117     Filed 02/06/2008     Page 1 of 1

DOCUMENTS UNDER SEAL ☐ | TOTAL TIME (mins): 10 Mins

| MAGISTRATE JUDGE **MINUTE ORDER** | DEPUTY CLERK Ivy L. Garcia | REPORTER/FTR FTR: 2/6/08 9:42:41-9:52:48 |
|---|---|---|
| MAGISTRATE JUDGE HON. WAYNE D. BRAZIL | DATE 2/6/08 | NEW CASE ☐ | CASE NUMBER CR-07-00488-CW |

## APPEARANCES

| DEFENDANT BOBBIE ALEXANDER | AGE | CUST No | P/NP P | ATTORNEY FOR DEFENDANT Garrick Lew | PD. ☐ RET. ☐ APPT. ☒ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Keslie Stewart | | INTERPRETER None | | FIN. AFFT ☐ SUBMITTED | COUNSEL APPT'D |
| PROBATION OFFICER None | PRETRIAL SERVICES OFFICER Paul Mamaril | | DEF ELIGIBLE FOR ☐ APPT'D COUNSEL | PARTIAL PAYMENT ☐ OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☒ BOND HEARING 10 Mins HELD | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

FURTHER

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED ☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☒ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 3/19/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ STATUS/ TRIAL SET |
|---|---|---|---|---|
| AT: 2:00 p.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. CLAUDIA WILKEN | ☐ DETENTION HEARING | | ☒ MOTIONS HRG. / | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

The deft's atty. told Court that New Connection is not a residential drug treatment prog., it's only an outpatient treatment prog. Pret. Svcs. P. Mamaril checked the location of deft's Aunt's address in Pittsburg, CA & although there's no public/private school close to her house, there's a park nearby but it's not clear if the park is within 2000 feet from her house. Since there's no residential treatment prog. currently avail. to the deft., both the govt's atty. & Pret. Svcs. asked the Court to remand the deft. back to custody. The Court doesn't have enough confidence on the deft. that he will be able to control himself not to use drugs. The Court ordered that deft. be REMANDED BACK TO CUSTODY of the US Marshal forthwith. The deft's atty. will let the Court know as to when this matter will be restored back on cal. later if he finds a residential treat. prog. or suitable place for the deft. to stay.

FILED FEB 6 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF CALIFORNIA OAKLAND

cc: WDB's Stats, Sheilah, U.S. Marshal, Pretrial, Financial

DOCUMENT NUMBER:

Exhibit 3

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF ADULT PAROLE OPERATIONS**
**CASE RECORDS NORTH**
**2015 Aerojet Road, Suite P**
**Rancho Cordova, Ca  95742**



July 11, 2008


Garrick S. Lew & Associates
Attorneys at Law
600 Townsend Street, Suite 329E
San Francisco, CA 94103

Dear Ms. Levings:

Enclosed are the copies of the documents you have requested from the central file of <u>ALEXANDER, BOBBIE, RAY, JR CDC # T91182</u>.

As the Department of Corrections & Rehabilitation/Case Records North, it is our office policy to bill $0.12 per page for any request that includes more than 20 pages.

Your total cost is $9.60 (80 pages @ $0.12 per page).

        Please make check payable to:

**DEPARTMENT OF CORRECTIONS/CASE RECORDS NORTH**

If you have any questions regarding the above, please contact me at the listed phone number below.

Sincerely,

*Holly Phillips*

*for*  Ann Marie Hunt
Correctional Case Records Analyst
Case Records North
(916) 358-1900

cc:  C-file


(Our California Tax ID number is 94-3329851)

**Garrick S. Lew & Associates**
**Attorneys at Law**
**600 Townsend Street, Suite 329E**
**San Francisco, CA 94103**
**Telephone: (415) 575-3588**
**Fax: (415) 522-1506**
gsl@defendergroup.com

FACSIMILE TRANSMISSION SHEET

Date:                               June 26, 2008

Please forward immediately to:      Anne-Marie, Division of Adult Parole Operations

Facsimile Number:                   916-358-1951

From:                               Amanda Levings for Garrick S. Lew

Reference:                          Bobby Alexander
                                    CDC No. T91182

Our File No:

Total number of pages (including this page):      2

If pages are missing or illegible, or any other transmission problems occur, please call Amanda at
(415) 575-3588.

✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻

The information contained in this facsimile message is protected by the attorney-client and/or the attorney/work product privileges. It is intended only for the use of the individual named above, and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient, or the employee or agent responsible for delivering it to the named recipient, any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via the U.S. postal service. Thank you.

✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻

### MESSAGE

Anne-Marie,
Per our telephone conversation of June 20, 2008, please find the attached request for records on
Mr. Alexander's parole violations that occurred between 2006-2008.

Thank you for your assistance in this matter. Please call should you have any questions or
concerns.
            -Amanda Levings

2

*Law Offices of*

# GARRICK S. LEW
### *and Associates*

June 20, 2008

## RELEASE/AUTHORIZATION FOR RELEASE OF INFORMATION

TO:    CDCR, Division of Adult Parole Operations

I hereby authorize the above individual and/or institution, together with their employees and agents, to disclose to my attorney, Garrick S. Lew, or his representative, investigator or agent, all information, records and documents under their control or in their possession relating to the following:

**Any and all records and findings in violation of Bobby Alexander's state parole which occurred in 2006-2008.**

I further authorize and consent to the disclosure and copying of any such information, records and documents as requested by my attorney.

In consideration of such disclosure by the above-named individuals and institutions, their agents and employees, I hereby release them from any and all liability arising therefrom.

A photocopy or facsimile transmission of this authorization shall be as valid as the original.

DATED: 6/24/08

Bobby Alexander
DOB: 8-16-80
California CDC Number: T91182

Design Center East · 600 Townsend Street, Suite 329E · San Francisco, CA  94103-4937
Tel: 415.575.3588 · Fax: 415.522.1506
Web: www.garricklew.com · Email: glew@defendergroup.com

3

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS
### CHRONOLOGICAL HISTORY
CDC 112 (9-83)

| Date | Chronological Listings | Initials | Dead Time | Release Date |
|---|---|---|---|---|
| *8-24-07 | Parole Revocation Hearing | | PRAD | 12-19-07 |
| | Held on Supp. Chrg; RTC | | MNCD | 1-15-08 |
| | 12 E, CC W/ 6 E. | EL | MCDD | 1-15-08 |
| 12-13-07 | 10 day parole Audit. Actual time | | DN | N/A |
| | Spent in custody for this revocation | | | |
| | is 202 days. | 9.8 | | |
| | PC 3060.7 Supervision case: | | | |
| | PC 3058-9 notification required: | | | |
| | PC 3058-8 notification required: | 9.8 | | |
| 12-19-07 | Parole to Region II Concord ; Co: Contra Costa | W | | |
| 1-15-08 | Parole Intake Audit | W | | |
| 1-15-08 | Discharged at Statutory maximum | W | | |

**4**

| Number | Name | Page |
|---|---|---|
| T91182 | ALEXANDER, BOBBIE, RAY JR | 16 |

| Date | Entry | | Result | Date |
|---|---|---|---|---|
| 12/22/05 | Arrested / Hold Placed | J.W | | |
| 1/11/06 | PCH: Parole Revoked, | J.W | prrd | 4/21/06 |
| | RTC 6 mos E | J.W | mrrd | 6/20/06 |
| 1/11/06 | Signed unc waiver | J.W | cdd | 5/15/07 |
| 1/23/06 | Parole Intake Audit | J.W | dr | 4/21/07 |
| | | | | N/A |
| 6-25-06 | Arrested / Hold Placed | | PRRD | 1-11-07 |
| 28-06 | BPH Rev Hearing Parole Revoked | | MRRD | 4-21-07 |
| | RTC 10 mos E. | | CDD | 12-1-07 |
| | | | /DR | NA |
| 1-12-07 | Miscellaneous Decision: | | | |
| | Impose a 45-day hold off pursuant | | | |
| | to W&IS 6601.3. Hold to remain in effect | | | |
| | from 12:01AM 1-11-2007 through 12:00 midnight | | | |
| | on 2-25-07. | | | |
| 2-26-07 | Miscellaneous Decision | | | |
| | Remove W&I § 6601.3, 45-day hold | | | |
| | within the next working day | | | |
| 5-31-07 | Arrested / Hold Placed | | PRRD | 9-28-07 |
| 6-19-07 | BPH PCH PAROLE REVOKED RTC 6 mosE | | RRD | 1-27-07 |
| | SIGNED (UNCOND) WAIVER 6-19-07 | | CDD | 1-15-08 |
| 8-16-07 | Rec'd SQRC | | DR | NA |
| 8-15-07 | prrd re-calc'd @ Al status | | Prrd | 4-X-07 |
| | eff. at 8-16-07 per pc 2933 | | | |
| | Intake Audit | | | |
| | PC 3060.7 Supervision Case | | | |
| | PC 3058.9 Notification Required | | 5 | |
| 9-13-07 | 1006 PSRB role short Allocate Cat | | | |

| Number | Name | Page |
|---|---|---|
| T91102 | ALEXANDER, Bobby RAY JR. | 1A |

STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONAL AGENCY                ARNOLD SCHWARZENEGGER, *Governor*

**DEPARTMENT OF CORRECTIONS**
**PAROLE AND COMMUNITY SERVICES DIVISION**
**CONCORD PAROLE COMPLEX**
**1957 Parkside Drive, 3rd Floor**
**Concord, CA. 94519**



HIGH CONTROL

Date:

TO:        Classification and Parole Representative

RE:        ALEXANDER, BOBBIE        T91192
           Parolee Name                CDC#

**REPORTING INSTRUCTIONS:**

The above named inmate is currently in custody at your facility. His/her current scheduled release date is
12-19-07. Upon release, he/she should report as indicated below:

Reporting instructions as follows:

Report on   THURSDAY      12-20-07   BEFORE 1200 Hours
            Day            Date              Time      AM/PM

Parole Unit:        **CONCORD #2** /

Address:            1957 Parkside Drive, 3rd Floor
                    Concord, CA  94519

Telephone No:       (925) 602-6550.

LA GRASO
Parole Agent          Unit/Address              Office Telephone No.

P.J. Hunt  CCI
Correctional Counselor/designee         Inmate's Signature

Cc:   Receiving Parole Unit
      Case Records Manager
      PLEASE **FAX SIGNED COPY** TO PAROLE UNIT: (925) 676-8119

CDC 1408 (Rev. 11/03)

Exhibit 4

## Larkspur Regional Office
900 Larkspur Landing Circle Suite 201
Larkspur, CA 94939
(415) 464-0574
(415) 464-9151 *(FAX)*

**University of the Pacific**

**McGeorge School of Law**

**California Parole Advocacy Program**

# Fax

| To: | Amanda | From: | G. Hummel |
|---|---|---|---|
| To → Fax: | (415) 522-1506 | Pages: (including cover sheet): | |
| Phone: | | Date: | 2/16/08 |
| Re: | Alexander, B | cc: | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

● **Comments:**

(925) 708-7061

10 pps follow — details of 2 hearings

1

BOARD OF PAROLE HEARINGS
STATE OF CALIFORNIA

# *PRIORITY CASE*
## SUMMARY OF REVOCATION HEARING AND DECISION
(BPH Rules, Chapter 6, Article 3)

| Records Office Use Only |
|---|
| Projected Revocation Release Date |
| Revocation Release Date |
| Controlling Discharge Date |
| Discharge Review Date |

## PRELIMINARY INFORMATION

**Type of Hearing**
REVOCATION

**Location of Hearing**
WEST COUNTY DETENTION FACILITY
Parolee in custody at Time of Hearing: YES

**Basis for Charges**
Parole Violation Report, Dated:    23-JUL-2007

Police Report Agency    Dated: 31-MAY-2007
ANTIOCH PD

**Optional Waiver**
NO    Date Signed by Parolee:
Date of BPH Action:

Assessment:

**Legal Data**
The crime for which the parolee was committed to prison occurred on or before 12-31-1978:  NO
The crime for which the parolee was committed to prison occurred on or after 1-1-1979:   YES
Date of arrest on current parole violation charge(s):  31-MAY-2007
Date hold was placed on current parole violation charge(s):  31-MAY-2007

**ADA**  Special Needs:

**Present at Hearing**    Hearing Officer: A SILVER
1. [X] Yes [ ] No  Parolee (If Parolee absent, Why?)
2. [X] Yes [ ] No  Attorney Name: GARDNER, MARC          [ ] Waived
3. [X] Yes [ ] No  Agent of Record or Substitute: LAGRASSA, WILLIAM   Reason not present:
4. [ ] Yes [ ] No  Hearing Agent:                        Reason not present:
5. [ ] Yes [X] No  Observers    Name and Organization:
6. [ ] Yes [X] No  Interpreter Assigned Language          Name

**Witnesses** (continue on the last page if more than 8 witnesses)

| Present | | Name | Notified | | Wit. Desig.** | | Testified | Excused | If absent, state specific reason. |
|---|---|---|---|---|---|---|---|---|---|
| Yes | No | | Meth.* | Date | Stat. | Req. | | | |
| X | | OFC FORTNER - BADGE #3264 | SP | 08-AUG-07 | A | S | X | | |

*NOTIFICATION METHOD
M = Memo        PC = Personal Contact
L = Letter      SP = Subpoena
PH = Phone      TT = Teletype

**USE ABBREVIATION FOR WITNESS DESIGNATION
Status:  A = Adverse      Requested by:  S = State
F = Friendly                       P = Parolee
V = Victim

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|---|---|---|---|
| ALEXANDER, BOBBIE | T91182 | CONCORD 1 / 2<br>LAGRASSA, WILLIAM | 24-AUG-2007 |

2

BOARD OF PAROLE HEARINGS                                                                      STATE OF CALIFORNIA
## SUMMARY OF REVOCATION HEARING AND DECISION

**Preliminary Information (cont.)**

H. HEARING:    Occurred

REASON:

Specify Witnesses/Documents needed for next hearing:

| |
|---|

### SUMMARY OF FINDINGS

**ADMISSIONS/DENIALS AND FINDINGS**

Charges

| Charge Number | Code Number | Charge Specified | Plea | | | Findings | | |
|---|---|---|---|---|---|---|---|---|
| | | | Admit | Deny | No Plea | Good Cause | Dismiss | Postponed |
| 1. | 752 | Possession of paraphernalia utilized in drug trafficking | | | X | | X | |
| | | Amended. See Charge # below. | | | | | | |
| 4. | 676 | Receiving/possession of stolen property | | | X | | | |
| | | Amended. See Charge # below. | | | | | | |
| 4A. | 685 | Conspiracy to commit a property offense | | | | X | | |
| | | Reason: More accurately reflects parolee's behavior | | | | | | |

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|---|---|---|---|
| ALEXANDER, BOBBIE | T91182 | CONCORD 1 / 2<br>LAGRASSA, WILLIAM | 24-AUG-2007 |

*3*

BPH 1103-REV (Rev. 01/05) Electronic                    Page 2 of 5                    PERMANENT ADDENDUM

BOARD OF PAROLE HEARINGS                                                                        STATE OF CALIFORNIA
## SUMMARY OF REVOCATION HEARING AND DECISION

### REASON FOR DECISION

**Basis for Conclusion:**

TESTIMONY OF OFFICER FORTNER WAS THAT ALEXANDER AND 4 OTHER INDIVIDUALS WERE USING ROOMS 124 AND 325 AT BEST WESTERN TO STORE NUMEROUS ITEMS PURCHASED W/ FRADULENTLY OBTAINED CREDIT CARDS INCLUGING JEWELRY, AND COSMETICS ADMITTED TO BY ONE OF THE INDIVIDUALS. EVIDENCE OF BACKPACKS AND CREDIT CARD IN NAME OF FICTITIOUS PERSON WAS FOUND IN RM 325 ACTUALLY REGISTERED TO ALEXANDER; AND RM 124 WAS BEING PAID THROUGH AN ILLEGALLY OBTAINED CREDIT CARD. THESE ROOMS WERE INTERCHANGEABLE W/ THE 5 INDIVIDUALS AND ALL APPEARED BY TO BE INVOLVED IN THE CONSPIRACY TO ILLEGALLY OBTAIN AND USE CREDIT CARDS IN OTHER PERSON'S NAME

CHARGE AMENDED TO COMPORT W/ EVIDENCE.

GC ON AMENDED CHARGE.

**Basis for Disposition:**

12E BASED ON VIOLATION.

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|------|-----------|--------------------|--------------|
| ALEXANDER, BOBBIE | T91182 | CONCORD 1 / 2 | 24-AUG-2007 |
|  |  | LAGRASSA, WILLIAM |  |

BPH 1103-REV (Rev. 01/05) Electronic          Page 3 of 5          PERMANENT ADDENDUM

**4**

BOARD OF PAROLE HEARINGS
**SUMMARY OF REVOCATION HEARING AND DECISION**                                    STATE OF CALIFORNIA

| SUMMARY OF DISPOSITION |
|---|

Parole Referral:  REFER
Custody Status:  In Custody as of 31-MAY-07

[ ] Continue on Parole   [ ] Schedule for Revocation

[ ] NIC                  [ ] Other Non-Rev Sanction

[ ] Dismiss   Reason

[X] Parole Revoked-Return to Custody: 12 months
Serve  [ ] Consecutively  [X] Concurrently

[ ] Parole Revoked-Return to Custody:  months for Psych Rx
[ ] Time Served:            to
Hold Order: [ ] Place  [ ] Remove

**3057 Credits**
[X] Eligible

[ ] Ineligible 3057d-1   Reason for Ineligibility:

   [ ] Commitment Offense:

   [ ] Revocation Offense:

   [ ] Parole Violation:

   [ ] Sentenced under PC 1168:

[ ] Unsuitable for credits because of PC 3057(d)(2)(e)

   [ ] Prior Criminal History

   [ ] Circumstances & Gravity of Parole Violation
Specify Reason

**BPH HEARING PANEL**

**Parolee Decision**
[ ] Accept   [ ] Reject   [ ] Optionally Waive
**Optional Waivers**
[ ] Previous BPH Action of _____ is:
  [ ] Rescinded   [ ] Reaffirmed
**Reasons Remedial Sanctions not Chosen**

**Special Conditions of Parole**
[ ] Noted   [ ] Reaffirmed   [ ] Amended
**Other**
Special Condition          Reason

Instructions to CDCR or DAPO Staff

Miscellaneous Actions

*(handwritten notes)* with 6 E received 6/19/07 on BP 4149; and use of mj; use of methamphetamine — based on 5/31/07 arrest (see 14 Jun 2007 Hearing Decision)

| NAME: | REVOCATION HEARING TIME (MINUTES) | |
|---|---|---|
| NAME: | 1. Prehearing Prep. Time: | 10 |
| DECISION REVIEW BY: | 2. Actual Hearing Time: | 60 |
| | 3. Report Completion Time: | 5 |
| | 4. Other: | |
| | **Total:** | 75 |

Hearing Accommodations (ADA) Provided: [ ] Yes  [ ] No

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|---|---|---|---|
| ALEXANDER, BOBBIE | T91182 | CONCORD 1 / 2   LAGRASSA, WILLIAM | 24-AUG-2007 |

BOARD OF PAROLE HEARINGS
Accom:

STATE OF CALIFORNIA

## SUMMARY OF REVOCATION HEARING AND DECISION

### V. OBJECTIONS

[X] None    [ ] Yes

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|------|------------|---------------------|--------------|
| ALEXANDER, BOBBIE | T91182 | CONCORD 1 / 2 LAGRASSA, WILLIAM | 24-AUG-2007 |

BOARD OF PAROLE HEARINGS
STATE OF CALIFORNIA

# *PRIORITY CASE*
## SUMMARY OF REVOCATION HEARING AND DECISION
(BPH Rules, Chapter 6, Article 3)

| Records Office Use Only |
|---|
| Projected Revocation Release Date |
| Revocation Release Date |
| Controlling Discharge Date |
| Discharge Review Date |

### PRELIMINARY INFORMATION

| Type of Hearing | Location of Hearing |
|---|---|
| PROBABLE CAUSE | Parolee in custody at Time of Hearing:  YES |

**Basis for Charges**

Parole Violation Report, Dated:     08-JUN-2007

Police Report Agency      Dated: 31-MAY-2007

ANTIOCH PD

**Optional Waiver**

NO          Date Signed by Parolee:
                   Date of BPH Action:

Assessment:

**Legal Data**

The crime for which the parolee was committed to prison occurred on or before 12-31-1978:  NO

The crime for which the parolee was committed to prison occurred on or after 1-1-1979:   YES

Date of arrest on current parole violation charge(s):  31-MAY-2007

Date hold was placed on current parole violation charge(s):  31-MAY-2007

**ADA**   Special Needs:

**Present at Hearing**        Hearing Officer: D STAR

1. [X] Yes  [ ] No  Parolee (If Parolee absent, Why?)
2. [X] Yes  [ ] No  Attorney Name: HUMMEL, GAIL          [ ] Waived
3. [ ] Yes  [ ] No  Agent of Record or Substitute:        Reason not present:
4. [ ] Yes  [ ] No  Hearing Agent:                        Reason not present:
5. [ ] Yes  [X] No  Observers   Name and Organization:
6. [ ] Yes  [X] No  Interpreter Assigned Language         Name

**Witnesses** (continue on the last page if more than 8 witnesses)

| Present | | Name | Notified | | Wit. Desig.** | | Testified | Excused | If absent, state specific reason. |
|---|---|---|---|---|---|---|---|---|---|
| Yes | No | | Meth.* | Date | Stat. | Req. | | | |
| X | | OFC FORTNER - BADGE #3264 | SP | 08-AUG-07 | A | S | X | | |

*NOTIFICATION METHOD
   M = Memo        PC = Personal Contact
   L = Letter      SP = Subpoena
   PH = Phone      TT = Teletype

**USE ABBREVIATION FOR WITNESS DESIGNATION
   Status:  A = Adverse      Requested by:  S = State
            F = Friendly                     P = Parolee
            V = Victim

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|---|---|---|---|
| ALEXANDER, BOBBIE | T91182 | CONCORD 1 / 2<br>LAGRASSA, WILLIAM | 19-JUN-2007 |

BPH 1103-PCH (Rev. 01/05) Electronic          Page 1 of 5          PERMANENT ADDENDUM

7

BOARD OF PAROLE HEARINGS                                                          STATE OF CALIFORNIA
**SUMMARY OF REVOCATION HEARING AND DECISION**

**Preliminary Information (cont.)**

H. HEARING:    Occurred

REASON:

Specify Witnesses/Documents needed for next hearing:

---

### SUMMARY OF FINDINGS

**ADMISSIONS/DENIALS AND FINDINGS**

**Charges**

| Charge Number | Code Number | Charge Specified | PCH Prob Cause | Dismiss | Admit | Deny | No Plea |
|---|---|---|---|---|---|---|---|
| 1. | 752 | Possession of paraphernalia utilized in drug trafficking | | | | | |
| | | Amended. See Charge # below. | | | | | |
| 2. | 778 | Use of amphetamine/methamphetamine | X | | | | X |
| 3. | 729 | Use of marijuana | X | | | | X |
| 1A. | 750 | Possession of drug paraphernalia (related to drug use) | X | | | | X |
| | | | R | | | | |

---

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|---|---|---|---|
| ALEXANDER, BOBBIE | T91182 | CONCORD 1 / 2 LAGRASSA, WILLIAM | 19-JUN-2007 |

BPH 1103-PCH (Rev. 01/05) Electronic          Page 2 of 5                    PERMANENT ADDENDUM

8

BOARD OF PAROLE HEARINGS                                                                    STATE OF CALIFORNIA
## SUMMARY OF REVOCATION HEARING AND DECISION

### REASON FOR DECISION

**Basis for Conclusion:**

ADA REVIEW: PAROLEE SELF REPORTED HX OF CCCMS AND TOOK PROZAC FOR DEPRESSION AND IS PENDING JAIL
PSYCH STAFF EVALUATION; DEC HX CLEAR OF ANY DISABILITY INFO AND 1073 CLEAR; ASSIGNED ATTORNEY AS
ACCMODATION BASED ON SELF REPORTED INFO.
RIGHTS AND PURPOSE REVIEWED; NO PRELIMINARY OBJECTIONS MADE
CHARGES REVIEWED AND PLEA TAKEN
THERE IS PC BASED ON:
CH 1 = PC ON AMENDED CHARGE OF SIMPLE POSSESSION OF PARAPHENELIA AS LIMITED INFO RE WHAT
PARAPHENELIA WAS FOUND AND WHETHER IT WAS ASSOCIATED WITH SALES;SUFFICIENT EVIDENCE FOR SIMPLE
PARAPHENELIA AS FOUND IN HIS STATE SUPPORTED ROOM AND HE WAS ONLY OCCUPANT.
CH 2-3 = PC BASED SIGNED ADMISSION

REMEDIAL SANCTIONS CONSIDERED BUT DEEMED INELIGIBLE BASED ON P290 STATUS
FACTORS PRESENTED IN MITIGATION FOR ALTERNATE DISPOSITION INCLUDED: CLA MIS AGENT WANTED TO PUT HIM
IN A PROGRAM HOWEVER AGENT AND US REPORT RX RTC AND REPORT POOR ADJUSTMENT; ALSO AGENT
REPORTS POSSIBLE PENDING FEDERAL CHARGES AND PAROLEE STATESALSO POSSIBLE RSP CHARGES
AGGRAVATION OF POOR ADJUSTMENT WITH IMMEDIATE VIOLATION AFTER LAST RRD WHILE ON GPS AND WHILE IN
STATE SUPPORTED HOUSING.

**Basis for Disposition:**

ACCEPTED RTC  SIX (6) MNS ELIGIBLE

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|---|---|---|---|
| ALEXANDER, BOBBIE | T91182 | CONCORD 1 / 2<br>LAGRASSA, WILLIAM | 19-JUN-2007 |

BOARD OF PAROLE HEARINGS                                                                    STATE OF CALIFORNIA
## SUMMARY OF REVOCATION HEARING AND DECISION

**SUMMARY OF DISPOSITION**

Parole Referral: REFER

Custody Status: In Custody as of 31-MAY-07

☐ Continue on Parole    ☐ Schedule for Revocation

☐ NIC                  ☐ Other Non-Rev Sanction

☐ Dismiss    Reason

☒ Parole Revoked-Return to Custody: 6 months

Serve  ☐ Consecutively  ☐ Concurrently

☐ Parole Revoked-Return to Custody:   months for Psych Rx

☐ Time Served:                to

Hold Order: ☐ Place  ☐ Remove

**3057 Credits**

☒ Eligible

☐ Ineligible 3057d-1    Reason for Ineligibility:

    ☐ Commitment Offense:

    ☐ Revocation Offense:

    ☐ Parole Violation:

    ☐ Sentenced under PC 1168:

☐ Unsuitable for credits because of PC 3057(d)(2)(e)

    ☐ Prior Criminal History

    ☐ Circumstances & Gravity of Parole Violation

Specify Reason

**BPH HEARING PANEL**

---

**Parolee Decision**

☒ Accept    ☐ Reject    ☐ Optionally Waive

**Optional Waivers**

☐ Previous BPH Action of _____ is:

    ☐ Rescinded    ☐ Reaffirmed

**Reasons Remedial Sanctions not Chosen**

**Special Conditions of Parole**

☐ Noted    ☐ Reaffirmed    ☐ Amended

**Other**

| Special Condition | Reason |
|---|---|
|  |  |

Instructions to CDCR or DAPO Staff

PAROLEE EXPRESSED INTEREST IN RESIDENTAIL TREATMENT UPON RE-RELEASE AND WAS REFERRED BACK TO AGENT UPON RE-RELEASE TO ASSISTAN IN LOCATING GIVEN P290 STATUS

Miscellaneous Actions

---

NAME:

NAME:

DECISION REVIEW BY:

**REVOCATION HEARING TIME (MINUTES)**

| | |
|---|---|
| 1. Prehearing Prep. Time: | 5 |
| 2. Actual Hearing Time: | 15 |
| 3. Report Completion Time: | 10 |
| 4. Other: | |
| **Total:** | 30 |

Hearing Accommodations (ADA) Provided: ☐ Yes  ☐ No

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|---|---|---|---|
| ALEXANDER, BOBBIE | T91182 | CONCORD 1 / 2 LAGRASSA, WILLIAM | 19-JUN-2007 |

BOARD OF PAROLE HEARINGS
Accom:

STATE OF CALIFORNIA

## SUMMARY OF REVOCATION HEARING AND DECISION

### V. OBJECTIONS

[X] None    [ ] Yes

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|------|-----------|---------------------|--------------|
| ALEXANDER, BOBBIE | T91182 | CONCORD 1 / 2<br>LAGRASSA, WILLIAM | 19-JUN-2007 |