| Business Name | Loss |
|---|---:|
| American Eagle | 1316.11 |
| Home Depot | 2067.01 |
| Macy's | 1614.53 |
| World Financial Network Nat'l Bank | 10362.06 |
| Dell, Inc. | 559.01 |
|  | $15,918.72 |

CR-07-00488-01 CW

U.S. v. Bobby Alexander